JOHN W. HUBER, United States Attorney (#7226)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
Attorneys for the United States of America
111 South Main Street, Ste. 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2020 JAN 30 P 4: 38

DISTRICT OF UTAH

SEALED

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | **Felony** Count 1: 18 U.S.C. § 545 (Smuggling Goods into the United States) |
| vs. | **Misdemeanor** Count 2: 21 U.S.C. § 331(a) (Introduction of Misbranded Drugs into Interstate Commerce) |
| JAMES ALAN KOCH, JR, | Case: 2:20-cr-00049 |
| Defendant. | Assigned To : Benson, Dee |
| | Assign. Date : 1/30/2020 |
| | Description: USA v. |

The Grand Jury charges:

**Count 1**
**18 U.S.C. § 545**
**(Smuggling Goods into the United States)**

From about 2014, and continuing until and around October 2019, in the Central Division of the District of Utah and elsewhere,

**JAMES ALAN KOCH, JR**

defendant herein, did receive, buy, sell, and facilitate the sale of merchandise, to wit: the active pharmaceutical ingredient Procaine, knowing the same to have been imported into the United States contrary to 21 U.S.C. § 331(a) and 18 U.S.C. § 542, in that the merchandise was a misbranded drug and was mismanifested as something other than Procaine, in violation of Title 18, United States Code, Section 545.

**Count 2**
**21 U.S.C. § 331(a)**
**(Introduction of Misbranded Drugs into Interstate Commerce)**

On or about January 18, 2020, in the Central Division of the District of Utah and elsewhere,

**JAMES ALAN KOCH, JR**

defendant herein, introduced, delivered for introduction, and caused the introduction and delivery for introduction into interstate commerce, drugs, as defined at Title 21, United States Code, Section 321(g), to wit: 3 sealed bottles of "GH-7 Dietary Supplement", all of which contained procaine, and which were misbranded in that:

a. Their labeling was false and misleading, in that it was represented to be a dietary supplement (21 U.S.C. § 352(a));

b. They were manufactured, prepared, propagated, compounded, and processed in an establishment not duly registered as a drug manufacturer with Food and Drug Administration (21 U.S.C. § 352(o));

c. Their labeling failed to bear adequate directions for use (21 U.S.C. § 352(f)(1)); and

d. They did not bear a label containing the name and place of business of the manufacturer, packer, or distributor, including the street address, city and zip code. (21 U.S.C. § 352(b)(2) and 21 C.F.R. § 201.1(i)).

All in violation of 21 U.S.C. §§ 331(a) and 333(a)(1), and 18 U.S.C. § 2.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

JACOB J. STRAIN
ADAM S. ELGGREN
Assistant United States Attorney